## FIRST DISTRICT.

Edward L. England, plaintiff in error, v. Rudolph Wurlitzer Company, defendant in error. Gen. No. 29,125.

Action by assignee of account for legal services. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied November 22, 1924.

Edward L. England, *pro se*, for plaintiff in error. Lewis, Adler, Lederer & Kahn, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

Joseph Chmielinski and Stefania Chmielinski, appellees, v. Bland Brothers Amusement Enterprises, Inc., et al., on appeal of Ashland Square Theatre Company, appellant. Gen. No. 29,146.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

S. L. and Fred Lowenthal, for appellant; Harry P. Munns, of counsel. Zillman & Krinker, for appellees.

Mr. Presiding Justice Fitch delivered the opinion of the court.

Ethel W. Miller, administratrix of the estate of Harry B. Miller, deceased, appellee, v. Illinois Electric Company, appellant. Gen. No. 29,182.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Vose & Page, for appellant; Hubert E. Page, of counsel. Charles C. Spencer, for appellee; Norman P. Willard, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.